469 A.2d 285

Commonwealth v. Chester, Appellant.

Submitted September 13, 1983. Thomas W. Moore, for appellant; Alan Sacks, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, MONTEMURO and HESTER, JJ.

Judgment of sentence affirmed.

469 A.2d 285

Commonwealth v. DeJesus, Appellant.

Submitted September 20, 1983. Daniel H. Greene, for appellant; Robert B. Lawler, Assistant District Attorney, for Commonwealth, appellee.

Before CIRILLO, JOHNSON and CERCONE, JJ.

Judgment of sentence is affirmed.